hib_5005tr (5/2014)



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

USDC HI Case No. CV 20-00528 DKW-KJM

Debtor(s): ROLLOFFS HAWAII, LLC         Chapter 7      Case No. 16-01294

Plaintiff(s): DANE S. FIELD, Chapter 7 Trustee         A.P. No. 18-90035
("et al." if multiple)

vs. Defendant(s): TRASHMASTERS, LLC, et al.
("et al." if multiple)

## NOTICE OF TRANSMITTAL TO DISTRICT COURT

The following document or matter is being transmitted to the district court for further attention:

Bankruptcy Judge's Recommendation to Withdraw Reference (Schedule Jury Trial)

Suggested Cause of Action (District CM/ECF):

28:0157d (28:0157 Motion for Withdrawal of Reference)

Suggested Nature of Suit (District CM/ECF):

423 (Bankruptcy Withdrawal)

☒ Filing fee paid or no fee due.     ☐ Filing fee not paid.

| Party | | Role | |
|---|---|---|---|
| Party | | Role | |
| Party | | Role | |
| Party | | Role | |

☐ Additional parties     ☒ Docket sheet attached     ☐ Attorney list attached

Recommendation; Docket Sheet, First Amended Complaint (w/o exhibits), Settlement Order (Civil No. 20-00368 LEK-KJM)

Dated:  December 2, 2020                          Michael B. Dowling, Clerk