UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK

OFFICIAL BUSINESS

:000<05896
八口

PRESORTED
FIRSTCLASS
U.S. POSTAGE PAID
HONOLULU, HI
PERMIT NO. 9250

**RECEIVED**
CLERK, U.S. DISTRICT COURT
**DEC 14 2020**
**DISTRICT OF HAWAII**

Colbeck Consulting LLC
c/o Gina Caso Colbeck
507 North Elena Ave. # 2
Redondo Beach, CA 90277

NIXIE        911    FE 1260      0012/10/20

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC:  96850000199      *2052-02381-10-09

Return
to
Sender
no
sue
person

Colbeck Consulting LLC
c/o Gina Caso Colbeck
507 North Elena Ave. # 2
Redondo Beach, CA 90277

CV 20-00528 DKW-KJM

**Notices**

<u>1:20-cv-00528-DKW-KJM Field v. TrashMasters, LLC et al</u>

**U.S. District Court**

**District of Hawaii**

**Notice of Electronic Filing**

The following transaction was entered on 12/3/2020 at 8:25 AM HST and filed on 12/3/2020

**Case Name:**          Field v. TrashMasters, LLC et al

**Case Number:**        <u>1:20-cv-00528-DKW-KJM</u>

**Filer:**

**Document Number:** 2(No document attached)

**Docket Text:**
**NOTICE of Case Assignment: Please reflect Civil case number <u>CV 20-00528 DKW-KJM</u> on all further pleadings. (emt, )**

---

**COURT'S CERTIFICATE of Service -**
**Non-Registered CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) on December 3, 2020. Registered Participants of CM/ECF received the document electronically to the email addresses listed on the Notice of Electronic Filing (NEF).**

**1:20-cv-00528-DKW-KJM Notice has been electronically mailed to:**

Ted N. Pettit    tnp@caselombardi.com, eas@caselombardi.com, elm@caselombardi.com, mav@caselombardi.com, steece@caselombardi.com

Simon Klevansky    sklevansky@kplawhawaii.com, bshin@kplawhawaii.com, bvierra@kplawhawaii.com, ecfnotices@kplawhawaii.onmicrosoft.com, kplaw@ecf.courtdrive.com

Enver W. Painter, Jr    Enver.painter@hawaiiantel.net

Chuck C. Choi    cchoi@hibklaw.com, jczerwinski@hibklaw.com

Alika L. Piper    apiper@kplawhawaii.com, bshin@kplawhawaii.com, bvierra@kplawhawaii.com, kplaw@ecf.courtdrive.com, peter@kplawhawaii.com

Carisa L. K. Duffy    kduffy@kplawhawaii.com

Allison A. Ito    aito@hibklaw.com, csouza@hibklaw.com, jczerwinski@hibklaw.com

Brett R. Tobin    tobin@smlhawaii.com, julie@smlhawaii.com, sandi@smlhawaii.com, tamar@smlhawaii.com

Elaine T. Chow     echow@kplawhawaii.com

Ellen Andrea Swick     eas@caselombardi.com

Kenneth H. Brown     kbrown@pszjlaw.com

Cia Mackle     cmackle@pszjlaw.com

**1:20-cv-00528-DKW-KJM Notice will not be electronically mailed to:**

Colbeck Consulting LLC
c/o Gina Caso Colbeck
507 North Elena Ave. # 2
Redondo Beach, CA 90277

Brian Colbeck
c/o Gina Caso Colbeck
507 North Elena Ave. # 2
Redondo Beach, CA 90277

Charles E. Leonard
1031 Porch View
Greensboro, GA 30642

Douglas D. Asay
1136 E Gabrilla Drive
Casa Grande, AZ 85112

Douglas L. Asay
c/o Tire Disposal & Recycling, LLC
9333 N. Harborgate Street
Portland, OR 97203