UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338

CLERK

OFFICIAL BUSINESS

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 14 2020
DISTRICT OF HAWAII

PRESORTED
FIRSTCLASS
U.S. POSTAGE PAID
HONOLULU,HI
PERMIT NO. 9250

Brian Colbeck
c/o Gina Caso Colbeck
507 North Elena Ave. # 2
Redondo Beach, CA 90277

NIXIE        911        FE  1260           0012/10/20
             RETURN TO SENDER
             NOT DELIVERABLE AS ADDRESSED
             UNABLE TO FORWARD
BC: 96850033838            *2052-02382-10-09

Return to Sender no such person

Brian Colbeck
c/o Gina Caso Colbeck
507 North Elena Ave. # 2
Redondo Beach, CA 90277

CV 20-00528 DKW-KJM

## Notices

1:20-cv-00528-DKW-KJM Field v. TrashMasters, LLC et al

### U.S. District Court

### District of Hawaii

### Notice of Electronic Filing

The following transaction was entered on 12/3/2020 at 8:25 AM HST and filed on 12/3/2020
**Case Name:** Field v. TrashMasters, LLC et al
**Case Number:** 1:20-cv-00528-DKW-KJM
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
NOTICE of Case Assignment: Please reflect Civil case number CV 20-00528 DKW-KJM on all further pleadings. (emt, )

---

**COURT'S CERTIFICATE of Service -**
Non-Registered CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) on December 3, 2020. Registered Participants of CM/ECF received the document electronically to the email addresses listed on the Notice of Electronic Filing (NEF).

**1:20-cv-00528-DKW-KJM Notice has been electronically mailed to:**

Ted N. Pettit    tnp@caselombardi.com, eas@caselombardi.com, elm@caselombardi.com, mav@caselombardi.com, steece@caselombardi.com

Simon Klevansky    sklevansky@kplawhawaii.com, bshin@kplawhawaii.com, bvierra@kplawhawaii.com, ecfnotices@kplawhawaii.onmicrosoft.com, kplaw@ecf.courtdrive.com

Enver W. Painter, Jr    Enver.painter@hawaiiantel.net

Chuck C. Choi    cchoi@hibklaw.com, jczerwinski@hibklaw.com

Alika L. Piper    apiper@kplawhawaii.com, bshin@kplawhawaii.com, bvierra@kplawhawaii.com, kplaw@ecf.courtdrive.com, peter@kplawhawaii.com

Carisa L. K. Duffy    kduffy@kplawhawaii.com

Allison A. Ito    aito@hibklaw.com, csouza@hibklaw.com, jczerwinski@hibklaw.com

Brett R. Tobin    tobin@smlhawaii.com, julie@smlhawaii.com, sandi@smlhawaii.com, tamar@smlhawaii.com

Elaine T. Chow     echow@kplawhawaii.com

Ellen Andrea Swick     eas@caselombardi.com

Kenneth H. Brown     kbrown@pszjlaw.com

Cia Mackle     cmackle@pszjlaw.com

**1:20-cv-00528-DKW-KJM Notice will not be electronically mailed to:**

Colbeck Consulting LLC
c/o Gina Caso Colbeck
507 North Elena Ave. # 2
Redondo Beach, CA 90277

Brian Colbeck
c/o Gina Caso Colbeck
507 North Elena Ave. # 2
Redondo Beach, CA 90277

Charles E. Leonard
1031 Porch View
Greensboro, GA 30642

Douglas D. Asay
1136 E Gabrilla Drive
Casa Grande, AZ 85112

Douglas L. Asay
c/o Tire Disposal & Recycling, LLC
9333 N. Harborgate Street
Portland, OR 97203