IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| DANE S. FIELD, *Chapter 7 Trustee for the Estate of Rolloffs Hawaii, LLC*,<br><br>Plaintiff,<br><br>vs.<br><br>TRASHMASTERS, LLC, *et al.*,<br><br>Defendants. | Case No. 20-cv-00528-DKW-KJM<br><br>Bankr. No. 16-01294<br>Adv. No. 18-90035<br><br>**ORDER ADOPTING RECOMMENDATION TO WITHDRAW REFERENCE**[1] |

On December 2, 2020, the U.S. Bankruptcy Court for the District of Hawaiʻi entered a recommendation to withdraw the reference of Adversary Proceeding No. 18-90035, *Field v. Trashmasters, LLC, et al.*, in order to schedule a jury trial demanded by one of the defendants in the adversary proceeding, Charles E. Leonard ("recommendation"). Dkt. No. 1-1.

Having considered the recommendation, and with no timely objection having been filed with respect thereto, *see* Fed.R.Bankr.P. 9033(b), the Court ADOPTS the recommendation to the following extent. The reference of Adversary Proceeding No. 18-90035 is withdrawn solely as to the claims asserted

---

[1] Pursuant to Local Rule 7.1(c), the Court finds this matter suitable for disposition without a hearing.

by Plaintiff Dane S. Field against Defendant Charles E. Leonard and as to which Leonard has demanded a jury trial ("the withdrawn claims").  The reference is not withdrawn as to any other claims.  As to the withdrawn claims, except for the scheduling of a jury trial, those claims shall remain referred to the Bankruptcy Court for all other purposes until ninety (90) days prior to the scheduled trial date, which shall include, without limitation, setting and adjusting deadlines for discovery, filing motions to join parties, amend the complaint, and compel discovery, dispositive motion practice, and settlement.

Plaintiff Field and Defendant Leonard are instructed to promptly contact the chambers of the assigned U.S. Magistrate Judge for purposes of scheduling a jury trial with respect to the withdrawn claims.

IT IS SO ORDERED.

Dated: December 18, 2020 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge