# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:20-CV-00528-DKW-KJM |
| CASE NAME: | Dane S. Field v. TrashMasters, LLC et al |
| ATTYS FOR PLA: | Carisa L. K. Duffy<br>Simon Klevansky |
| REPRESENTATION FOR DEFT: | Charles E. Leonard, Pro Se |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | Video Tele-Conference (VTC) No record |
| DATE: | 10/08/2021 | TIME: | 10:00 - 11:12 |

COURT ACTION: EP:  SETTLEMENT CONFERENCE held.

Plaintiff Dane S. Field is also present.

The Court met with the parties. Settlement discussions held.

The parties have reached an agreement in principle that will resolve all claims and all parties, subject to documentation and Bankruptcy Court approval.

The Court sets a Video Status Conference for November 8, 2021 at 1:00 p.m. before Magistrate Judge Kenneth J. Manfield to address the status of these contingencies.

The Court will provide the parties with Zoom login information prior to the conference.

*Submitted by: Bernie Aurio, Courtroom Manager*