KLEVANSKY PIPER, LLP
A Limited Liability Law Partnership

| | |
|---|---|
| SIMON KLEVANSKY | 3217-0 |
| ALIKA L. PIPER | 6949-0 |
| CARISA LIMA KA'ALA DUFFY | 10377-0 |

841 Bishop Street, Suite 1707
Honolulu, Hawaii 96813
Telephone:  (808) 536-0200
Facsimile:   (808) 237-5759
E-Mail: sklevansky@kplawhawaii.com
         apiper@kplawhawaii.com
         kduffy@kplawhawaii.com

Attorneys for Plaintiff Trustee Dane S. Field

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>ROLLOFFS HAWAII, LLC,<br><br>              Debtor. | Civil No. 20-00528 DKW-KJM<br><br>United States Bankruptcy Court for the District of Hawaii<br>Case No. 16-01294 (Chapter 7)<br><br>Adversary Proceeding No. 18-90035 |
| DANE S. FIELD, Bankruptcy Trustee,<br><br>              Plaintiff,<br><br>            v.<br><br>TRASHMASTERS, LLC; CORRIDOR CAPITAL LLC; CORRIDOR CAPITAL ADVISORS, LLC; CORRIDOR TRASHMASTERS, L.P.; SPB MANAGEMENT, LLC; SPB WASTE, LLC; SPB CAPITAL GP, LLC; SPB CAPITAL PARTNERS, L.P.; SPB PARTNERS, LLC; CRAIG ENENSTEIN; L. GEOFFREY GREULICH; EDWARD A. | **STIPULATED ORDER FOR DISMISSAL** |

| | |
|---|---|
| MONNIER; JESSAMYN DAVIS; ARI D. BASS; SCOTT R. BULLOCH; KENNETH M. PRESSBERG; KRISTIAN GOURLAY; DOUGLAS L. ASAY; DOUGLAS D. ASAY; CHARLES E. LEONARD; BRIAN COLBECK [ESTATE OF BRIAN COLBECK]; ROLLOFFS HAWAII, INC.; THE KNG GROUP, LLC; COLBECK CONSULTING LLC; JOHN DOES 1-50; JANE DOES 1-50; DOE CORPORATIONS 1-50; DOE PARTNERSHIPS 1-50; DOE ENTITIES 1-50,<br><br>　　　　　Defendants. | |

## STIPULATED ORDER FOR DISMISSAL

Plaintiff DANE S. FIELD ("*Trustee*"), the Chapter 7 trustee of the bankruptcy estate of Debtor ROLLOFFS HAWAII, LLC, by and through his counsel, and Defendant CHARLES E. LEONARD ("*Defendant Leonard*"), pursuant to Fed. R. Civ. P. 41(a) and Local Rule 41.1, hereby enter into this stipulated order as follows:

WHEREAS the parties have entered into a Settlement Agreement, which the United States Bankruptcy Court for the District of Hawaii in Bankruptcy Case No. 16-01294 (*In re Rolloffs Hawaii, LLC*) and Adversary Proceeding No. 18-90035 (*Field v. TrashMasters, LLC, et al.*) approved by that certain Order Granting Trustee's Motion to (1) Approve Settlement Agreement and (2) Dismiss with

Prejudice Claims Against Defendant Charles E. Leonard, filed on December 15, 2021;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. All of the Trustee's claims against Defendant Leonard are hereby dismissed with prejudice.

2. Each party shall bear their own attorneys' fees and costs in respect of this case, including the Settlement Agreement and any other related proceedings.

DATED: Honolulu, Hawaii, January 7, 2022.

/s/  Carisa Lima Ka'ala Duffy
SIMON KLEVANSKY
ALIKA L. PIPER
CARISA LIMA KA'ALA DUFFY

Attorneys for Plaintiff Trustee
Dane S. Field

/s/ Charles E. Leonard
CHARLES E. LEONARD
Defendant

APPROVED AND SO ORDERED.

DATED: January 19, 2022 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

Dane S. Field, Bankruptcy Trustee, v. TrashMasters, LLC, et al., Civil No. 20-00528 DKW-KJM, United States District Court, District of Hawaii; STIPULATED ORDER FOR DISMISSAL